# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

December 6, 2019

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square,
New York, NY 10007

Re:    **United States v. Carlos Garcia**
       **19 Cr. 0812 (PAE)**

Dear Judge Engelmayer:

I write on behalf of my client Carlos Garcia with consent from the government, to respectfully request that the Court modify the conditions of the bond to allow two financially responsible cosigners and another cosigner as moral suasion.

On October 16, 2019, Magistrate Judge Stewart D. Aaron imposed the following bail conditions: A $75,000 Personal Recognizance Bond signed by three financially responsible people; Travel limited to SDNY/EDNY; Surrender Travel Documents (And No New Applications); Pretrial Supervision as Directed by Pretrial Services; Home Detention: Electronic Monitoring; Deft to Be Detained Until All Conditions Are Met; Shall Reside in NYC Area with Relatives at Location To Be Approved By Pretrial Services.

Mr. Garcia has few family members in New York City and it has therefore been difficult to locate cosigners for his bond. One financially responsible person signed the bond on November 25, 2019 and we anticipate a second cosigner being interviewed next week. Mr. Garcia's mother was previously interviewed by the US Attonrey's office but was denied. Accordingly, we ask that the court authorize Mr. Garcia's release with two financially responsible cosigners and allow his mother to sign the bond based on moral suasion.

Respectfully submitted,

\_\_/s/_____

Jennifer Willis
Assistant Federal Defender
Tel.: (212) 417-8743

**GRANTED.** The defendant's bond conditions
shall be amended as set forth above. The Clerk of
Court is requested to terminate the motion at Dkt.
No. 6.

12/10/2019

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge