UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLOS GARCIA,

Defendant.

19-CR-812 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Carlos Garcia, regarding what he states is the failure of the Bureau of Prisons ("BOP") to attend to his serious dental problems. The Court directs the United States Attorney's Office for this District to serve this letter forthwith on the warden of the prison in which Mr. Garcia is housed, and to promptly file an affirmation of such service on the docket of this case. The Court expects that the BOP will promptly investigate Mr. Garcia's need for dental care. To assure that the Court is apprised of the resolution of this issue, the directs the United States Attorney's Office to file on the docket of this case, within four weeks of today, a brief letter stating whether Mr. Garcia has received the necessary care.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 21, 2020
       New York, New York

**19-CR-812 (PAE)**     **D&F**

rec'd 9/4/20

08-15-20

19CR0812(PAE)

Dear Judge Paul Engelmayer,

I am writing this letter to you because I am at my wits end and none has any answers for me. 7 weeks ago my dental work (top bridges) broke unexpectedly. Without my partial bridges its difficult for me to chew.

I notified MCC dental via a copout as per the protocol. The dental dept told me they wouldn't be able to get my bridges fixed because the lab they contract with's had expired. The dental dept. and AW were notified and the contract was renewed to begin Sept 1, 2020. I was going down that Tuesday but when the C.O. on duty on Monday Aug 31 told me to pack up.

I was transferred to Valhalla Westchester County of Corrections where I was informed their dental department has no ability to repair my bridges at all. This was very frustrating - the day before I could get this essential repair I was transferred to a facility that can't help me get my bridge replacement.

My attorney didn't have any ideas, and no one here at Valhalla has been able to get me the help I need. I've exhausted all my alternatives and now I'm begging you to please help me any way you can.

thank you,

