UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                          :

UNITED STATES OF AMERICA           :

       -v-                                      :          19-CR-812 (PAE)

CARLOS GARCIA,                         :          <u>SCHEDULING ORDER</u>

                    Defendant(s).      :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       The Court has been notified of dental issues affecting defendant Garcia, as a result it is hereby ORDERED that sentencing in this matter, presently scheduled for **October 20, 2020**, is ADJOURNED to **December 17, 2020,** at **10:30 a.m.**

       SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge