UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CARLOS GARCIA,<br><br>                    Defendant. | 19 Cr. 812 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from Carlos Garcia.  The Court is glad to hear that Mr. Garcia was able to access the care he needed and wishes him well.

SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2021
       New York, New York

Dear Paul. A. Engelmayer I want to start off by wishing you and your Staff A Happy New Year's and to say in this letter Thank-You very much for your help. I got my partials - fix in November if it wasn't for you I still wouldn't have them fix. Well once again Thank you and your Staff.

P.S. Carlos Garcia

Thank you Again

```
Carlos Garcia #264-548
10 Woods Rd.
Valhalla N.Y. 10595
```

WESTCHESTER NY 105
7 JAN 2021 PM 1 L

SD: P3

```
Judge Paul A. Engelmayer
United States Courthouse
500 Pearl Street
New York, N.Y. 10007
```