UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-       19-CR-812 (PAE)

CARLOS GARCIA,      SCHEDULING ORDER

        Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a sentencing proceeding in this case for **May 19, 2021** at **2:15 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 12, 2021
      New York, New York